[No. 3556-1.   Division One.   January 24, 1977.]

WASHINGTON STATE HIGHWAY COMMISSION, *Appellant,* v. A. GRAHAM GREENLEE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 775522, Warren Chan, J., entered December

24, 1974. *Reversed* by unpublished opinion per Williams, J., concurred in by Andersen, J.; Farris, J., concurring by separate opinion.